IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-CV-00052-BO

| | |
|---|---|
| LELAH E. KEELAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | O R D E R |
| v. ) | |
| ) | |
| FRANK L. PERRY, et al. ) | |
| ) | |
| Defendants. ) | |

This matter comes before the court on the parties' joint motion to stay discovery [DE-18] pending resolution of Defendants' motion for judgment on the pleadings and to dismiss [DE-15] filed on April 10, 2015.

Rule 26(c) of the Federal Rules of Civil Procedure authorizes a court to issue an order limiting or staying discovery. Specifically, a court has discretion to stay discovery until the court's resolution of pending dispositive motions. *See Yongo v. Nationwide Affinity Ins. Co. of America*, No. 5:07-CV-94-D, 2008 WL 516744, at *2 (E.D.N.C. Feb. 25, 2008) (unpublished); *Tilley v. United States*, 270 F. Supp. 2d 731, 734 (M.D.N.C. 2003). In certain cases, a stay of discovery may be appropriate to prevent a waste of time and resources by the parties and to make efficient use of judicial resources. *United States v. A.T. Massey Coal Co.*, No. 2:07-0299, 2007 WL 3051449, at *2 (S.D. W. Va. Oct. 18, 2007) (unpublished). "'Factors favoring issuance of a stay include the potential for the dispositive motion to terminate all the claims in the case or all the claims against particular defendants, strong support for the dispositive motion on the merits, and irrelevancy of the discovery at issue to the dispositive motion.'" *Yongo*, 2008 WL 516744, at *2 (quoting *Tilley*, 270

F. Supp. 2d at 735).

Here, the parties have demonstrated good cause for their request to stay discovery pending resolution of Defendants' motion for judgment on the pleadings and to dismiss. Accordingly, (1) all proceedings in this matter are STAYED pending the court's ruling on the motion for judgment on the pleadings and to dismiss; and (2) in the event the motion is not dispositive of this matter, within 30 days following the court's ruling the parties shall conduct the Rule 26(f) conference and file a proposed discovery plan.

SO ORDERED, the 22 day of April, 2015.

_____
Robert B. Jones, Jr.
United States Magistrate Judge